LAURA L. FARLEY, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska 99501
(907) 274-5100  Fax (907) 274-5111

Attorneys for Defendant STATE FARM
MUTUAL AUTOMOBILE INSURANCE
COMPANY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MICHELLE LEIBOLD,<br><br>        Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>        Defendant. | Case No. 3:18-cv-_____ (___) |

## **NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441, State Farm Mutual Automobile Insurance Company, the party in the above matter, gives notice that Case No. 3AN-18-08550 CI, as captioned above, is hereby removed to the United States District Court for the District of Alaska from the Superior Court for the State of Alaska, Third Judicial District at Anchorage,

where said case was originally filed and is currently pending. State Farm Mutual Automobile Insurance Company states:

1. Removing party, State Farm Mutual Automobile Insurance Company, is the defendant in the above-captioned action;

2. On August 13, 2018, the above-entitled action was commenced against State Farm Mutual Automobile Insurance Company in the Superior Court for the State of Alaska, Third Judicial District at Anchorage and is presently pending in that court;

3. State Farm Mutual Automobile Insurance Company was served with a summons and complaint on August 17, 2018;

4. This Notice is filed within thirty (30) days of the date of the original service on defendant;

5. The above-entitled action involves citizens of different states, in that, at the time of the commencement of this action, Plaintiff was a citizen of the State of Alaska and resided in Alaska. State Farm Mutual Automobile Insurance Company is, and was at all times pertinent to this action, an Illinois corporation. Thus, complete diversity exists between Plaintiff and Defendant;

6. The amount in controversy, exclusive of interest and costs, is alleged to be in excess of $100,000, as more fully appears in the Complaint, a copy of which is attached to this Notice and made by reference a part hereof;

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100   FAX (907) 274-5111

7. This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. § 1332 and removal of the action to this Court is proper pursuant to 28 U.S.C. § 1441(a).

8. A copy of all process, pleadings, and orders served upon defendant State Farm Mutual Automobile Insurance Company is filed herewith in the Notice of Filing Pleadings.

DATED this 17 of September 2018 at Anchorage, Alaska.

FARLEY & GRAVES, P. C.

By: s/LAURA L. FARLEY

LAURA L. FARLEY
807 G Street, Suite 250
Anchorage, AK 99501
Ph. (907) 274-5100
Fax (907) 274-5111
E-Mail: lfarley@farleygraves.com
Alaska Bar No.: 9211078
Attorneys for Defendant State Farm Mutual Automobile Insurance Company

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this 17 day of September 2018 a true and correct copy of the foregoing was served electronically (via email) on the following person(s):

Jeffrey J. Barber, Esq.
Barber & Associates, LLC
540 E. 5th Ave.
Anchorage, AK 99501

By: s/Laura L. Farley

NOTICE OF REMOVAL
LEIBOLD V. STATE FARM
CASE NO. 3:18-cv-_____ (____)

Page 4 of 4

/KH

Case 3:18-cv-00209-JWS   Document 1   Filed 09/17/18   Page 4 of 4